1  Karen M. Baytosh, Esq., NSB 10510
   Cody K. Marriott, Esq., NSB 14147
2  Bremer Whyte Brown & O'Meara
   50 W. Liberty Street, Suite 1030
3  Reno, NV 89501
   T 775-440-2389   F 775-440-2390
4  kbaytosh@bremerwhyte.com
5  cmarriott@bremerwhyte.com

6  Steven T. Jaffe, Esq., NSB 7035
7  Monte Hall, Esq., NSB 239
   Hall Jaffe & Clayton, LLP
8  7425 Peak Drive
   Las Vegas, NV 89128
9  T 702-316-4111   F 702-316-4114
   sjaffe@lawhjc.com
10 montehall@lawhjc.com
11 *Attorneys for Defendant*

12              **IN THE UNITED STATES DISTRICT COURT**

13                      **DISTRICT OF NEVADA**

14
   REBECCA HEIZER, individually and
15 doing business as HOLDINGS 37, also      Case No.      3:18-cv-00606-MMD-CBC
   known as HOLINGS 37,
16                   Plaintiff,            **STIPULATION AND [proposed] ORDER FOR**
17       vs.                              **EXTENSION OF TIME FOR FILING JOINT**
                                          **CASE MANAGEMENT REPORT (First**
18 ZEPHYR HEIGHTS GENERAL                 **Request)**
   IMPROVEMENT DISTRICT, a General
19 Improvement District of the County of
   Douglas, Nevada; and DOES 1-100,
20 inclusive,
21                   Defendant.
                                    /
22 ─────────────────────────────────
23     Defendant, ZEPHYR HEIGHTS GENERAL IMPROVEMENT DISTRICT, by and through

24 their attorneys, STEVEN T. JAFFE, ESQ.  and MONTE HALL of the law firm of HALL, JAFFE &

25 CLAYTON, LLP and CODY K. MARRIOTT of BREMER WHYTE BROWN & O'MEARA, LLP,

26 and RICK OSHINSKI, ESQ, and MARK FORSBERG, ESQ, of the law firm OSHINSKI &

27 FORSBERG, LTD ., attorneys for the Plaintiff REBECCA HEIZER,

28

                                          1

1    The time for the parties to file their Joint Case Management Report is Monday November 18,

2    2019, and the Joint Case Management Conference is set for Monday December 2, 2019.  (ECF 24).

3    Plaintiff has prepared a draft of the Joint Case Management Report and Defendant has not completed

4    submitting its comments and revisions to Plaintiff due to conflicting work obligations and schedules.

5    The parties request that the time to file the Report be enlarged until close of business Wednesday

6    November 20, 2019.

7

8    This Stipulation is submitted in good faith and is not interposed for purposes of delay.  This is

9    the first request to extend this deadline for filing the Joint Case Management Report.

10    Respectfully submitted,

11
OSHINSKI & FORSBERG, LTD.            BREMER WHYTE BROWN &
12                                                       O'MEARA, LLP

13
By  /s/ Rick Oshinski, Esq.                    By  /s/ Cody K. Marriott, Esq.
14        Rick Oshinski, Esq., NSB 4127              Karen M. Baytosh, Esq.
         Mark Forsberg, Esq., NSB 4265              NSB 10510
15        504 E. Musser Street, Ste. 202            Cody K. Marriott, Esq.
         Carson City, NV 89701                      NSB 14147
16        Attorneys for Plaintiff                    50 W. Liberty Street, Ste. 1030
                                                      Reno, NV 89501
17    Dated November 18th, 2019.                    Attorneys for Defendant

18
                                                      Dated November 18th, 2019.
19

20
                                                      HALL JAFFE & CLAYTON, LLP
21

22
                                                      By  /s/  Monte Hall, Esq.
23                                                        Steven T. Jaffe, Esq., NSB 7035
IT IS SO ORDERED                          Monte Hall, Esq., NSB 239
24                                                        7425 Peak Drive
                                                          Las Vegas, NV 89128
25    U.S. MAGISTRATE JUDGE                          Attorneys for Defendant

26    DATED: 11/20/2019
                                                      Dated November 18th, 2019.
27

28

2

IT IS SO ORDERED.

DATED _____

_____
UNITED STATES MAGISTRATE JUDGE